UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JOE HOUSTON,**

    Plaintiff,

v.                                                                                       Case No: 6:13-cv-245-CEH-KRS

**FLORIDA SUCCESS 6366, LLC.,**

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

    The Parties, by counsel, submit this Joint Notice of Settlement to advise the Court that a settlement has been reached by the Parties. The parties have drafted settlement documents and are circulating them for full execution. The Parties respectfully request that the Court dismiss the case without prejudice subject to the right of either party to move within sixty (60) days thereafter to enter a stipulated form of final order or judgment with prejudice; or, on good cause shown, to reopen the case for further proceedings. No other action is required from the Court, and the status conference scheduled for September 17, 2013 may be cancelled.

    Submitted this **5th day of September 2013.**

| | |
|---|---|
| */s/ Philip Michael Cullen, III* | /s/Marianne Lloyd Aho |
| Philip Michael Cullen, III | Marianne Lloyd Aho |
| 621 South Federal Highway, Suite Four | Marks Gray, P.A. |
| Ft. Lauderdale, FL 33301 | 1200 Riverplace Blvd., Suite 800 |
| Tel. (954) 462-0600 | Jacksonville, FL 32207 |
| Fax (954) 462-1717 | Tel. (904) 807-3555 |
| cullen@thomasbaconlaw.com | Fax (904) 399-8440 |
| | maho@marksgray.com |
| Attorney for Plaintiff | Attorney for Defendant |

\\PL1\ProlawDMS\08736-26557\ELB\Notices\840382.doc